# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-3735
_____

United States of America

*Plaintiff - Appellee*

v.

James Allen Crippen

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Joplin

_____

Submitted: June 26, 2017
Filed: June 30, 2017
[Unpublished]

_____

Before LOKEN, ARNOLD, and MURPHY, Circuit Judges.

_____

PER CURIAM.

After the district court[1] denied his motion to suppress evidence, James Allen Crippen pleaded guilty to child-pornography offenses and was sentenced below the

_____

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.

advisory Guidelines range.  On appeal, Crippen's counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the denial of the suppression motion.  Crippen's unconditional guilty plea, however, forecloses our review of the suppression ruling.  <u>See</u> <u>United States v. Christenson</u>, 653 F.3d 697, 699 (8th Cir. 2011).  Further, having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal.

Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____